1  Joe Angelo (Bar No. 268542)
   jangelo@gajplaw.com
2  Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
3  Roseville, California 95747
   Telephone: 916-290-7778
4  Facsimile: 916-721-2767

5  Attorneys for Plaintiff
   Jose Magana
6

7              UNITED STATES DISTRICT COURT
8        CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION
9

10 | JOSE MAGANA                          | Case No.: 2:21-cv-04028-ODW-AS
11 |         Plaintiff,                   |
12 |    vs.                               | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CAPITAL ONE BANK (USA), N.A.**
13 | CAPITAL ONE BANK (USA), N.A.         |
14 |         Defendant.                   |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
STIPULATED REQUEST FOR DISMISSAL

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Magana and Defendant Capital One Bank (USA), N.A., ("Capital One") that Capital One be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED: August 11, 2021           **Gale, Angelo, Johnson, & Pruett, P.C.**

By: _____*/s/ Joe Angelo*_____
Joe Angelo
Attorneys for Plaintiff
Jose Magana

DATED: August 11, 2021           **Ballard Spahr**

By: _____*/s/ Susan Nikdel*_____
Susan Nikdel
Attorneys for Defendant
Capital One Bank (USA), N.A.

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained authorization to affix counsel's electronic signature to this document.

By: /s/ Joe Angelo
Joe Angelo
Counsel for Plaintiff