JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JOSE MAGANA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br><br>    Defendant. | Case No.: 2:21-cv-04028-ODW (ASx)<br><br>**ORDER DISMISSING CAPITAL ONE BANK (USA), N.A. WITH PREJUDICE** |

Pursuant to the stipulation of the Parties and Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Capital One Bank (USA), N.A. is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

The Clerk of the Court shall close the case.

IT IS SO ORDERED.

DATED: August 12, 2021

                                             Hon. Otis D. Wright II
                                             UNITED STATES DISTRICT JUDGE